#3

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Prisoner Civil Cover Sheet



FILED
APR 12 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** QUINN RICKERT        **Defendant(s):** OFC. WILLIAMS

**County of Residence:** LIVINGSTON        **County of Residence:**

**Plaintiff's Address:**

Quinn Rickert
M-38296
Pontiac-PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**

Illinois Department of Corrections
100 W. Randolph Street
Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

1:17-cv-02792
Judge Marvin E. Aspen
Magistrate Judge Sidney I. Schenkier
PC8

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** *Emily Wall*        **Date:** April 12, 2017